[No. 3396–1–III. Division Three. July 2, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. NOR–WEST
ENTERPRISES, INC., *Defendant,* FOREST FRANK
LIEBE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 79-1–00108–3, Harold D. Clarke, J.,
entered April 13, 1979. *Affirmed* by unpublished opinion

per Roe, J., concurred in by McInturff, C.J., and Green, J.